In the Matter of PHILIP FRANKLE, Appellant, against BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.

Argued January 10, 1941; decided January 24, 1941.

*Max H. Frankle* and *George Rifkin* for appellant.

*William C. Chanler, Corporation Counsel* (*Nicholas Bucci* and *Paxton Blair* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.